# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CHRISTOPHER COBB**
Reg #71257-019                                                                                    **PLAINTIFF**

v.                              Case No. 2:20-cv-00014-LPR

**DEWAYNE HENDRIX**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on September 14, 2020, it is considered, ordered, and adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 14th day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE